IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LANCE SCHAAF,
on behalf of himself and all
others similarly situated,
        Plaintiff,

    v.                                  Case No. 17-cv-755-JDP

MBM GUIDE SERVICE AND PONTOON RENTAL,

    and

MITCHELL PLUCAR, SR.,
        Defendants.

### PLAINTIFF'S MOTION FOR DISMISSAL

Plaintiff, by and through his undersigned counsel, respectfully requests that the action against Defendants, MBM Guide Service and Pontoon Rental and Mitchell Plucar, Sr. ("MBM Pontoon"), shall be dismissed, with prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, and that an Order to that effect may be entered without further notice or a hearing.

Dated this 25th day of June, 2018.

        Respectfully submitted,

        /s/ Larry A. Johnson
        Larry A. Johnson, SBN 1056619
        ljohnson@hq-law.com
        Summer H. Murshid, SBN 1075404
        smurshid@hq-law.com
        Timothy P. Maynard, SBN 1080953
        tmaynard@hq-law.com

        HAWKS QUINDEL, S.C
        222 E. Erie St., Ste. 210
        P.O. Box 442
        Milwaukee, WI  53201-0442

Telephone: (414) 271-8650
Facsimile: (414) 271-8442

*Attorneys for Plaintiff*